

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00894-CV

**THE CITY OF LEON VALLEY**,
Appellant

v.

Jesse T. **RODRIGUEZ**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV02545
Honorable Gloria Saldana, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the motion to dismiss filed by appellant is GRANTED and this appeal is DISMISSED.

We order that all costs of appeal, if any, shall be borne by the party that incurred them.

SIGNED February 5, 2020.

_____
Beth Watkins, Justice